

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America | |
| v. | **JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed on or After November 1, 1987) |
| **Rodrigo Miguel-Francisco** | No. 08-15466-001M-SD |
| Citizen of Mexico | Juan Rocha (AFPD) <br> Attorney for Defendant |
| USM#: 75130-208      DOB: 1979 | ICE#: A88 764 655 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on  to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS, with credit for time served.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, 880 Front Street, San Diego, California 92101, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00          **FINE:** $          **RESTITUTION:** $

All monetary penalties are due immediately or in regular monthly installments. If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program. Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.

**08-15466-001M-SD**  Page 2 of 2
USA vs. Rodrigo Miguel-Francisco

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Thursday, March 13, 2008**

_____ Date 3/13/2008_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____       By:_____
United States Marshal                                    Deputy Marshal

CC: 08-15466-001M-SD -

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 3/13/08　　　　　　CASE NUMBER: 08-15466-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Rodrigo Miguel-Francisco

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D  Marcia Resler
　　　　　　　　　　　　　　　　　　　　　　　　LANGUAGE: Spanish
Attorney for Defendant  Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 3/12/08　　　　☒ Complaint Filed　　　　☒ Appointment of counsel hearing held
☐ Financial Afdvt taken　　☒ No Financial Afdvt taken　　☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**　☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)　☐ Bail set at $_____
☐ Defendant continued detained pending trial　☐ Flight Risk　☐ Danger

**PLEA HEARING:**　☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts ONE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒　　ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 15 days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED　　☐ Fine $_____　☐ Restitution $_____
Other: _____

　　　　　　　　　　　　　　　　　　　RECORDED: CS
　　　　　　　　　　　　　　　　　　　BY: Angela J. Tuohy, Deputy Clerk



# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Rodrigo MIGUEL-Francisco
Citizen of Mexico
YOB: 1979
088764655
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15466 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 11, 2008, near Andrade, California in the Southern District of California, Defendant Rodrigo MIGUEL-Francisco, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

__March 13, 2008__                              at              __Yuma, Arizona__
Date                                                                City and State

__Jay R. Irwin, U.S. Magistrate__
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Rodrigo MIGUEL-Francisco |
| Dependents: | 1 Mexican |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien. |
| **CRIMINAL HISTORY:** | None found. |

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| | | |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on March 11, 2008.

Charges:    8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____March 13, 2008_____            _____
Date                                    Signature of Judicial Officer